```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: 559-497-4000

5  Attorneys for Plaintiff
     United States of America
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  1:10-cr-00386-OWW
                                )
12             Plaintiff,       )  STIPULATION AND AGREEMENT TO
                                )  CONTINUE JURY TRIAL DATE;
13      v.                      )  ORDER
                                )
14 MICHAEL SHANE MCFARLING,     )  DATE: December 6, 2011
                                )  TIME: 9:00 a.m.
15             Defendant.       )  Honorable Oliver W. Wanger
                                )
16
```

17  The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Michael Shane McFarling, by and through his counsel, Victor M. Chavez, submit this stipulation for the Court's consideration.

22  IT IS STIPULATED AND AGREED:

23  1.  The parties request that the jury trial date in this case be continued from September 27, 2011, to December 6, 2011, at 9:00 a.m.

26  2.  The parties stipulate that the time between September 27, 2011, and, through and excluding, December 6, 2011, should be excluded from the calculation of time under the Speedy Trial Act.

1

3. The attorney for the United States will be engaged in two jury trials in the month of September, with the first beginning September 7 and likely concluding the following week, and with the second beginning September 20 and likely concluding September 23 or 27. The undersigned counsel for the United States requests this continuance to maintain continuity of counsel and allow counsel a reasonable amount of additional time to engage in necessary and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the United States and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. The parties are also engaged in extensive plea negotiations, and this case may be resolved without a trial. The parties stipulate that further discussions relating to a plea agreement and additional time to engage in such plea negotiations would allow for effective representation, taking into account the exercise of due diligence, and for efficient use of the Court's time and resources.

///
///
///

```
 1 |        SO STIPULATED AND AGREED.
 2 |        Dated: August 19, 2011      /s/ Jeremy Jehangiri
    |                                   Jeremy R. Jehangiri
 3 |                                    Assistant United States Attorney
 4 |
    |        Dated: August 19, 2011      /s/ Victor M. Chavez   (as authorized)
 5 |
    |                                   Victor M. Chavez
 6 |                                   Attorney for Defendant,
    |                                     Michael Shane McFarling
 7 |
 8 |
    |                                 **ORDER**
 9 |
10 | IT IS SO ORDERED.
11 |
    |        IT IS SO ORDERED.
12 |
    | **Dated:   August 19, 2011**                **/s/ Oliver W. Wanger**
13 |                                          UNITED STATES DISTRICT JUDGE
```

3