| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | MICHEL SHANE MCFARLING |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:10-cr-0386 AWI |
|---|---|
| | ) |
| *Plaintiff,* | ) STIPULATION TO VACATE TRIAL DATE |
| | ) AND PRETRIAL SCHEDULE AND SET CASE |
| v. | ) FOR STATUS CONFERENCE |
| | ) |
| MICHAEL SHANE MCFARLING, | ) |
| | ) STATUS CONFERENCE: 1/23/2012  9:00 AM |
| *Defendant.* | ) |
| | ) Honorable Anthony W. Ishii |
| _____ | ) |

Defendant, Michael Shane McFarling by and through his counsel, Assistant Federal Defender Victor M. Chavez has proposed and the United States of America through Assistant United States Attorney Jeremy R. Jehangiri has agreed to the following stipulation to vacate the trial date and dates set forth in the pretrial order.  Defendant seeks this stipulation based on the need to conduct further forensic consultation and examination.  The need for such additional preparation was discovered by defense counsel on November 2, 2011. On November 3, 2011 defense counsel conferred with his expert. Defendant believes that vacating the trial date will conserve judicial resources because the parties have engaged in extensive plea negotiations and are very close to resolution of the case. However, defense counsel does believe that the additional forensic consultation is necessary to an adequate defense and that such work can be authorized and conducted within the proposed time-frame.  Based on the need for further forensic consultation defendant has proposed the following stipulation:

1. The trial presently set to commence on December 6, 2011 may be vacated. The dates for filing of motions in limine, hearing thereon, and trial confirmation may be vacated.

2. The case may be set for further status conference before the Court on January 23, 2012. At that status conference either a change of plea will be entered or the case will be set for trial.

3. The purpose of this stipulation is to allow the defendant to complete all forensic examination and consultation necessary to an adequate defense. The parties agree and stipulate that the time period from the filing of this stipulation to January 23, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) and that the interests of justice served by granting this stipulation outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

So Stipulated and Agreed.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 4, 2011    By:    /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 4, 2011    By:    /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MICHAEL SHANE MCFARLING

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated:     November 6, 2011
_____
CHIEF UNITED STATES DISTRICT JUDGE