BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-cr-00386-AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND AGREEMENT TO ) SET CHANGE OF PLEA HEARING; |
| v. | ) **ORDER** |
| MICHAEL SHANE MCFARLING, | ) |
| | ) DATE: March 5, 2012 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) Honorable Anthony W. Ishii |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Michael Shane McFarling, by and through his counsel Victor M. Chavez, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. Defendant Michael Shane McFarling, by and through counsel of record, requests that a change of plea hearing be scheduled for March 5, 2012.

2. The parties have engaged in extensive plea negotiations and have come to an agreement for Defendant to plead guilty.

3. The plea agreement, by and between the parties, was filed with the Court on January 30, 2012.

4. The parties agree that time shall be excluded from the speedy trial clock for any delay resulting from consideration by the Court of a proposed plea agreement to be entered into by Defendant Michael Shane McFarling and the United States, pursuant to 18 U.S.C. § 3161(h)(1)(G).

5. In any event, the Court has excluded time for trial preparation, in that a trial date was set for July 17, 2012. Following Defendant's entry of his guilty plea, the United States and Defendant agree that the currently set trial date shall be vacated.

6. Any delay resulting from this stipulation and agreement shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of Defendant Michael Shane McFarling's and the public in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B).

SO STIPULATED AND AGREED.

Dated: January 30, 2012   /s/ *Jeremy Jehangiri*
                          Jeremy R. Jehangiri
                          Assistant United States Attorney

Dated: January 30, 2012     /s/ *Victor M. Chavez*
                            Victor M. Chavez
                            Attorney for Defendant
                            Michael Shane McFarling

**ORDER**

IT IS SO ORDERED.

Dated:   February 1, 2012        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE