```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
 6  Attorney for Defendant
    MICHEL SHANE MCFARLING
 7
```

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0386 AWI |
| 12 | ) *Plaintiff,* ) | **STIPULATION TO RESET DATES FOR** |
| | ) | **FILING OBJECTIONS AND SENTENCING;** |
| 13 | v. ) | **ORDER** |
| | ) | |
| 14 | MICHAEL SHANE MCFARLING, ) | Date:  June 11, 2012 |
| | ) | Time:  10:00 AM |
| 15 | *Defendant.* ) | Honorable Anthony W. Ishii |
| | ) | |
| 16 | _____ ) | |

17

18   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal

20 Defender Victor M. Chavez, Counsel for Defendant Michael McFarling, that the sentencing date and the

21 dates for filing objections may be reset as follows:

22   Informal objections now due May 21, 2012

23   Formal objections may be filed by June 4, 2012, and

24   Sentencing may be moved to June 11, 2012.

25   Defendant has proposed this stipulation based on counsel's need for additional time to consult with

26 his client who is housed at the Lerdo facility.

27 ///

28 ///

|    |                          |     |                                       |
|----|--------------------------|-----|---------------------------------------|
|    |                          |     | BENJAMIN B. WAGNER                    |
|    |                          |     | United States Attorney                |
| 1  | DATED: May 16, 2012      | By: | /s/ *Jeremy R. Jehangiri*             |
| 2  |                          |     | JEREMY R. JEHANGIRI                   |
|    |                          |     | Assistant United States Attorney      |
|    |                          |     | Counsel for Plaintiff                 |

DATED: May 16, 2012

By: /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 16, 2012

By: /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MICHAEL SHANE MCFARLING

**ORDER**

IT IS SO ORDERED.

Dated: May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE