```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6       United States of America

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   1:10-CR-00386-AWI
                                  )
12              Plaintiff,        )   FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14 MICHAEL SHANE McFARLING,       )
                                  )
15              Defendant.        )
                                  )
16

17      WHEREAS, on March 19, 2012, the Court entered a Preliminary

18 Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §

19 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Michael Shane McFarling forfeiting to the

21 United States the following property:

22           a.   HP Touchsmart TX2 laptop computer,
                  serial number CNF9071H74.
23

24      AND WHEREAS, beginning on March 24, 2012, for at least 30

25 consecutive days, the United States published notice of the

26 Court's Order of Forfeiture on the official internet government

27 forfeiture site www.forfeiture.gov.  Said published notice

28 advised all third parties of their right to petition the Court
```

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Michael Shane McFarling.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  October 5, 2012  
CHIEF UNITED STATES DISTRICT JUDGE